Lawrence Brocchini (SBN 363149)
Daniel A. Reidy, Of Counsel (SBN 139321)
CARLE MACKIE POWER & ROSS LLP
520 Third Street, Ste. 500
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
lbrocchini@cmprlaw.com
dan@reidylawgroup.com

Attorneys for Plaintiffs Tourelle LLC dba Outpost Wines; 1260 Summit Lake LLC dba Impensata Wines; and Laelius Winegrowing LLC

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAELIUS WINEGROWING, LLC, a New York Limited Liability Company; 1260 SUMMIT LAKE, LLC dba IMPENSATA, a California Limited Liability Company; and TOURELLE LLC dba OUTPOST WINES, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>ONE TRUE VINE, LLC, a California Limited Liability Company; 2339 PICKETT ROAD, LLC, a California Limited Liability Company; HUNDRED ACRE WINE ESTATE, LLC, a California Limited Liability Company; HUNDRED ACRE WINE GROUP VINEYARDS LLC, a California Limited Liability Company; HUNDRED ACRE WINE GROUP HOLDINGS LLC, a California Limited Liability Company; JAYSON WOODBRIDGE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 4:26-CV-08354-HSG<br><br>**ORDER ON STIPULATION EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS**<br><br>[*Filed concurrently with Joint Stipulation and Supporting Declaration*]<br><br>State Complaint and Jury Demand filed: August 5, 2026<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

(1) Plaintiffs' time to file papers in opposition to Defendant Jayson Woodbridge's ("Mr. Woodbridge") Motion to Dismiss Plaintiffs' Complaint is hereby extended from September 16, 2026 to September 18, 2026;

(2) Mr. Woodbridge's time to file a reply brief in support of his Motion to Dismiss is extended from September 23, 2026 to September 25, 2026; and

(3) Except as expressly set forth above, all other deadlines remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/8/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge